JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENKELS & MCCOY, INC. and ZURICH AMERICAN INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:21cv07210RSWL(RAOx)<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss Action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each side to bear its own costs. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated: March 17, 2023            /S/ RONALD S.W. LEW
                                                          HONORABLE RONALD S.W. LEW
                                                          Senior U.S. District Judge